Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Orlando Division

| | |
|---|---|
| SHAWN M. OVERTON-BROOKINS <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> **-v-** <br> TRANSPORTATION SECURITY ADMINISTRATION (TSA), <br> FOIA DEPARTMENT OF TSA, <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shawn M. Overton-Brookins |
| Address | 114 Smith St |
| | Newark, Nj, 07106 |
| | *City / State / Zip Code* |
| County | Essex |
| Telephone Number | 732-642-5159 |
| E-Mail Address | shawn.moniqueoverton@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Transportation Security Administration |
| Job or Title *(if known)* | |
| Address | 601 South 12th Street |
| | Arlington, VA, 20598 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | 866-289-9673 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | TSA FOIA Branch |
| Job or Title *(if known)* | |
| Address | 6595 Springfield Center Drive |
| | Springfield, VA, 20598 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | 866-364-2872 |
| E-Mail Address *(if known)* | TSA.FOIA@tsa.dhs.gov |

☐ Individual capacity    ☑ Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

   *City*   *State*   *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

   *City*   *State*   *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity   ☐ Official capacity

**II.**   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

   ☑ Federal officials (a *Bivens* claim)

   ☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    Please see attached

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
    Please see attached

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?
    Orlando International Airport, TSA checkpoint.

B.     What date and approximate time did the events giving rise to your claim(s) occur?
    July 5, 2023, approximately 6:30 AM.

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
    On July 5, 2023, Plaintiff was traveling with their three children and their little cousin, who had fruit allergies. The toddler was drinking only apple juice at the time and needed to keep this juice for medical purposes. The TSA agents, despite being informed of the toddler's allergies, discarded the toddler's juice boxes, leaving the child without any drink for the entire flight. Plaintiff also requested that the medically necessary infant formula for their 7-month-old child not be placed through the X-ray scanner. The formula powder was placed in a clear container to avoid any delays. However, TSA agents ignored the request, and the formula was scanned in the same bin as the diaper bag. When the bin needed to be scanned again due to a forgotten iPad, Plaintiff requested that the milk be removed before it went through the scanner again. TSA agents insisted that the entire bin had to go through the scanner again, despite Plaintiff's objection. An agent dismissively told Plaintiff, "Well, it already went through, so I don't know what to tell you," and placed the milk through the scanner a second time. Plaintiff filed a complaint with TSA's Disability Branch, but received no adequate response. The FOIA request for the video footage was also mishandled, and despite Plaintiff resending the correct address, no video footage has been received to date.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional distress: Plaintiff suffered severe emotional distress due to the disregard for their child's medical needs and the discriminatory treatment they experienced. The distress worsened during the flight when the toddler was left without anything to drink, leading to a heightened level of anxiety regarding their children's well-being.

Humiliation: Plaintiff felt deeply humiliated in front of the hundreds of people at the airport when TSA agents dismissed their requests and concerns.

No medical treatment was necessary, but Plaintiff continues to experience anxiety, stress, and emotional distress due to the events.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Declare that TSA violated the Rehabilitation Act and Fifth Amendment Equal Protection rights by failing to accommodate the medical needs of the toddler and by improperly handling the infant formula.

Order TSA to implement corrective measures, including training for TSA agents on proper handling of medical necessities and anti-discrimination policies.

Award compensatory damages for emotional distress, including the amount of $150,000 to address the psychological and emotional harm caused by TSA's actions.

Award punitive damages in the amount of $100,000 to deter TSA from future discriminatory conduct.

Award reasonable attorney's fees and costs as allowed by 29 U.S.C. § 794a and 5 U.S.C. § 552(a)(4)(E), or any applicable law.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/16/2025

Signature of Plaintiff: *Shawn Overton-Brookins*

Printed Name of Plaintiff: Shawn Overton-Brookins

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

    *City*    *State*    *Zip Code*

Telephone Number
E-mail Address

II. **Basis for Jurisdiction**

C.	**Fourth Amendment – Unreasonable Search and Seizure**:

- The TSA agents violated my Fourth Amendment rights by conducting an unreasonable search and seizure of my child's medically necessary formula and apple juice, which is protected as part of my right to be free from unreasonable searches and seizures.

- The improper handling and forced screening of the milk, despite my explicit request to exclude it from the x-ray machine due to medical needs, amounted to an unreasonable search of my personal belongings and medical necessities.

**Fifth Amendment – Due Process**:

- The TSA agents and their supervisors denied me due process by dismissing my reasonable requests to accommodate my child's medical needs. Their failure to address my concerns with a reasonable response or provide an explanation for their actions effectively deprived me of due process, further exacerbating the emotional distress and anxiety caused by their actions.

- The disregard for my requests and the dismissive comments made by TSA agents also led to a failure to provide equal treatment, which violates principles of fairness and the protection of individuals from arbitrary actions by government agents.

**Rehabilitation Act of 1973** (29 U.S.C. § 794):

- The actions of TSA agents and their failure to accommodate my child's medical needs also violated the **Rehabilitation Act**, which mandates that federal agencies provide reasonable accommodations for individuals with disabilities.

- In this case, the failure to exempt the baby formula and juice from being put through the x-ray machine, despite a clear medical need due to the child's allergies, violated this federal law that requires reasonable accommodations for individuals with disabilities, including children with medical conditions.

**Fourteenth Amendment (as applied through Fifth)-**

Violation of equal protection and liberties interests as a parent.

D.  **TSA Agents and TSA (Defendant No. 1)**:

- The actions of the TSA agents involved in the incident occurred in the course of their official duties as employees of the **Transportation Security Administration (TSA)**, a federal agency responsible for maintaining security at U.S. airports.

- The TSA agents were acting under color of federal law as they were enforcing security procedures and regulations, including the handling of security screenings and requests for medical accommodations. The agents' refusal to accommodate the medical needs of the Plaintiff's child and the improper handling of formula and juice under TSA's guidelines is within the scope of their federal authority and responsibilities.

- TSA is a federal agency operating under the **Department of Homeland Security (DHS)**, and its employees, acting in an official capacity, have authority under federal law to conduct security screenings and enforce related policies. Their actions regarding the mishandling of medical necessities (such as infant formula and juice for the toddler) and their dismissive response to the Plaintiff's requests were taken under color of federal law as they were carrying out security procedures in accordance with TSA regulations and federal policy.

**TSA FOIA Department (Defendant No. 2)**:

- The TSA FOIA department, which failed to properly fulfill the Plaintiff's Freedom of Information Act (FOIA) request for the video footage of the incident, is also a federal entity acting under federal law.

- FOIA is a federal statute governing public access to records of federal agencies. The failure to respond appropriately to the Plaintiff's FOIA request for relevant documentation and video footage further shows the TSA's failure to perform its duties under federal law, as required by **5 U.S.C. § 552** (FOIA) and **29 U.S.C. § 794** (Rehabilitation Act).