UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHAWN M. OVERTON-BROOKINS,**

      **Plaintiff,**

v.                                              Case No. 6:25-cv-692-CEM-RMN

**TRANSPORTATION SECURITY ADMINISTRATION; and TSA FOIA BRANCH,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 5), recommending that the Motion be denied, (*id.* at 7).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 5) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before June 6, 2025**, Plaintiff may file an Amended Complaint that remedies the issues outlined in the Report and Recommendation and a Renewed Application to Proceed in District Court without Prepaying Fees or Costs.

**DONE** and **ORDERED** in Orlando, Florida on May 20, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party